UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00244

**Deutsche Bank National Trust Company,**
*Plaintiff,*
v.
**Danial W. Cherry,**
*Defendant.*

# ORDER

The court referred plaintiff's motion for attorney's fees (Doc. 15) to a magistrate judge, who issued a report recommending that the court grant the motion in part. Doc. 18. No party filed an objection to the report.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff is awarded $7,194.00 in attorney's fees and $970.00 in paralegal fees. The total amount of $8,164.00 in fees shall be added as a charge to the loan agreement and added to the total payoff of the loan, in accordance with the final default judgment entered in this case. *See* Doc. 14 at 6.

*So ordered by the court on September 21, 2026.*

J. CAMPBELL BARKER
United States District Judge